IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD WILSON PRATER, | ) | |
| Petitioner, | ) ) | No. C 10-2129 CRB (PR) |
| vs. | ) ) | ORDER OF TRANSFER |
| SOLANO COUNTY JAIL, | ) ) | |
| Respondent. | ) ) | |

      Petitioner, a pretrial detainee at the Solano County Jail facing state criminal charges in Solano County Superior Court, has filed a petition for a writ of habeas corpus challenging the criminal proceedings against him. The County of Solano lies within the venue of the Eastern District of California, however. See 28 U.S.C. § 84(b).

      Venue is proper in a habeas action in either the district of confinement or the district of conviction (or, in this case, district where criminal trial is to be held). See 28 U.S.C. § 2241(d). Because the County of Solano lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

      The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: May 21, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.10\Prater, R1.transfer.wpd